■ WINIFRED BURKE, Appellant, v DESMOND BURKE, Respondent. — In an action for divorce, plaintiff appeals from so much of a judgment of the Supreme Court, Suffolk County, entered April 29, 1980, as denied her a judgment of divorce, custody and support of the three minor children of the marriage, alimony and exclusive possession of the marital domicile, and granted defendant's motion to dismiss the complaint "on the entire case." Judgment affirmed insofar as appealed from, without costs or disbursements. Trial Term correctly determined that plaintiff failed to prove by a preponderance of the evidence her allegations of defendant's cruel and inhuman treatment (see *Underwood v Underwood,* 55 AD2d 1016). Hopkins, J. P., Damiani, Titone and O'Connor, JJ., concur.

■ WILLIAM H. DE VRIES, Appellant, v MARIE A. DE VRIES, Respondent. — In an action for a divorce based on subdivision (5) of section 170 of the Domestic Relations Law, plaintiff appeals from an order of the Supreme Court, Nassau County, dated July 11, 1980, which denied his motion for summary judgment. Order reversed, on the law, without costs or disbursements, and motion granted. There is no triable issue as to plaintiff's substantial performance of the terms and conditions of the judgment of separation (see *Vitale v Vitale,* 37 AD2d 963; *Schacht v Schacht,* 32 AD2d 201). Lazer, J. P., Gibbons, Gulotta and Cohalan, JJ., concur.